UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BASILE S. DASKALAKIS,<br><br>             Plaintiff,<br><br>    v.<br><br>FBI, FBI AGENT JUDE, DEA, TETON COUNTY ID SHERIFF'S DEPARTMENT, DEPUTY MICHAEL PARKER, LOREN EDDIE, DR. MICHAEL MORRISSEY, JENNIFER ASKAY, PRIME PROPERTIES OF JACKSON HOLE, JACKSON STATE BANK, ROCKY MOUNTAIN BANK, MEGAN (EMMY), TETON RENTALS, JACK VOSSIKA, VERIZON WIRELESS, JOHN AND JANE DOES,<br><br>             Defendants. | Case No. 4:10-CV-221-BLW<br><br>**ORDER** |

On April 28, 2011, United States Magistrate Judge Mikel H. Williams issued a Report and Recommendation, recommending that Plaintiff Basile S. Daskalakis's Complaint be dismissed and his application for leave to proceed in forma pauperis (Dkt. 1) be found moot. Any party may challenge a Magistrate Judge's proposed recommendation by filing written objections within fourteen days after being served with

**ORDER - 1**

a copy of the Report and Recommendation. 28 U.S.C. § 636(b)(1)(C). In this case, no objections were filed to the Report and Recommendation.

This Court finds that Magistrate Judge William's Report and Recommendation is well founded in law. Acting on the recommendation of Magistrate Judge Williams, and this Court being fully advised in the premises, IT IS HEREBY ORDERED that the Report and Recommendation entered on April 28, 2011 (Docket No. 8) should be, and is hereby, INCORPORATED by reference and ADOPTED in its entirety.

THEREFORE, IT IS HEREBY ORDERED as follows:

1) Plaintiff's Complaint (Dkt. 2) be DISMISSED in its entirety; and

2) Plaintiff's Application for Leave to Proceed in forma pauperis (Dkt. 1) be found MOOT.

DATED: **May 19, 2011**

B. LYNN WINMILL
Chief Judge U.S. District Court